ACCEPTED
03-14-00710-CV
3745407
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/13/2015 10:49:53 AM
JEFFREY D. KYLE
CLERK

NO. 03-14-00710-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/13/2015 10:49:53 AM
JEFFREY D. KYLE
Clerk

In The Court Of Appeals

The Third District Of Texas

Austin, Texas

Micheal A. Snowden and Celina Ruiz Snowden and All Other Occupants of 2102 Wilma Rudolph Road, Austin, Texas,

Appellants

**V.**

Strada Capital, Inc.,

Appellee.

Appeal from the County Court at Law Number One
Travis County, Texas
Trial Court Case No. C-1-CV-14-008245

# JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Appellants Michael A. Snowden and Celina Ruiz-Snowden and All Other Occupants of 2102 Wilma Rudolph Road, Austin, Texas (Appellants), and Appellee, Strada Capital, Inc. (Appellee), and file this Joint Motion to Dismiss with Prejudice and, in support hereof, would respectfully show this Honorable Court the following:

1. Appellants and Appellee jointly move to dismiss this suit with prejudice.

2. All parties agree that Appellants' claims shall be dismissed with prejudice, as evidenced by the signatures of the parties' counsel below.

3. Therefore, the parties request that this Court enter an Order Dismissing this case with prejudice.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellants, Michael A. Snowden and Celina Ruiz-Snowden and All Other Occupants of 2102 Wilma Rudolph Road, Austin, Texas, jointly with Appellee Strada Capital, Inc., pray that this Court dismiss this Cause of action with prejudice.


Respectfully Submitted,

**MINERVE LAW FIRM**

/S/ JAMES MINERVE
James Minerve

State Bar No 24008692
115 Saddle Blanket Trail
Buda, Texas 78610
Ofc:   888-819-1440
Cell:  210-336-5867
Fax:   888-230-6397

Attorney for Appellants Michael Snowden
and Celina Ruiz Snowden


**THE J. HYDE LAW OFFICE PLLC**


/S/ DR. J. HYDE
Dr. J. Hyde
State Bar No 24027083
111 E. 17th Street #12015
Austin, Texas 78711
Tel:   512-200-4080
Fax:   512-582-8295

Attorney for Appellee Strada Capital, Inc.

NO. 03-14-00710-CV

The Court of Appeals
The Third District of Texas
Austin, Texas

Michael A. Snowden and Celina Ruiz Snowden and All Other Occupants of
2102 Wilma Rudolph Road, Austin, Texas,

Appellants

**V.**

Strada Capital, Inc.,

Appellee.

Appeal from the County Court at Law Number One
Travis County, Texas
Trial Court Case No. C-1-CV-14-008245

**ORDER OF DISMISSAL WITH PREJUDICE**

Came before this Court the Joint Motion to Dismiss With Prejudice filed by Appellants, Michael A. Snowden and Celina Ruiz-Snowden and All Other Occupants of 2102 Wilma Rudolph Road, Austin, Texas and Appellee, Strada Capital, Inc. The Court, after considering the Joint Motion and pleadings is of the opinion that the Motion is well taken and should be, in all things, GRANTED.

IT IS THEREFORE ORDERED that this suit and all claims asserted by Appellants Michael A. Snowden and Celina Ruiz-Snowden and All Other Occupants of 2102 Wilma Rudolph, Austin, Texas against Appellee, Strada Capital, Inc. shall be, and the same hereby are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that costs of court will be paid by the party incurring them.

SIGNED on this _____ day of _____, 2015.


_____
JUDGE PRESIDING

<u>AGREED AS TO FORM AND CONTENT</u>:

**MINERVE LAW FIRM**

<u>/S/ JAMES MINERVE</u>
James Minerve
State Bar No 24008692
115 Saddle Blanket Trail
Buda, Texas 78610
Ofc:   888-819-1440
Cell:  210-336-5867
Fax:   888-230-6397

Attorney for Plaintiffs Michael Snowden
and Celina Ruiz Snowden


**THE J. HYDE LAW OFFICE PLLC**


<u>/S/ DR. J. HYDE</u>
Dr. J. Hyde
State Bar No 24027083
111 E. 17th Street #12015
Austin, Texas 78711
Tel:   512-200-4080
Fax:   512-582-8295

Attorney for Appellee Strada Capital, Inc.